IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAN VARZALLY,                         )
                                      )  Civil Action
            Plaintiff                 )  No. 09-cv-6137
                                      )
      vs.                             )
                                      )
SEARS, ROEBUCK & CO.,                 )
  doing business as                   )
  Sears Stores at Coventry Mall;      )
SEARS HOLDINGS CORPORATION; and       )
SEARS BRANDS, LLC,                    )
                                      )
            Defendants                )

O R D E R

NOW, this 30th day of July, 2010, upon consideration of the Motion to Remand filed January 8, 2010 by plaintiff; upon consideration of the Reply of Defendants, Sears, Roebuck and Co., Sears Holdings Corporation, and Sears Brands, LLC to Motion for Remand of Plaintiff Jan Varzally, which reply was filed January 19, 2010; after oral argument before the undersigned on May 28, 2010; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Motion to Remand is denied.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge